**James W. BONHAM, petitioner,
v. UNITED STATES.   No.
91–6351.**

Supreme Court of the United States.

Jan. 13, 1992.   Denied.